1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10    STEVEN GUY WELTY,

11                          Plaintiff,

12           v.

13    DEBRA TONHOFER, et al.,

14                          Defendant.

CASE NO. 3:19-CV-6229-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: March 27, 2020

15

16           The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate

17    Judge David W. Christel. Plaintiff Steven Guy Welty, proceeding *pro se*, filed an application to

18    proceed *in forma pauperis* ("IFP") on December 20, 2019. Dkt. 1.  On December 23, 2019, the

19    Clerk of Court sent Plaintiff a letter notifying Plaintiff that he failed to submit the proper

20    application to proceed IFP. Dkt. 2.  On January 8, 2020, Plaintiff filed a second application to

21    proceed IFP. Dkt. 4. The Clerk of the Court sent Plaintiff a second deficiency notice informing

22    Plaintiff that he failed to complete to provide a copy of his prison trust account statement. Dkt. 5.

23    The Clerk of Court instructed Plaintiff to submit a complete application to proceed IFP. *Id*. The

24

Clerk of Court warned Plaintiff that if he did not respond to the letter by February 10, 2020, the action may be subject to dismissal. *Id.*

Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed a complete application to proceed IFP. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March 27, 2020 as noted in the caption.

Dated this 4th day of March, 2020.

David W. Christel
United States Magistrate Judge