UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN GUY WELTY,<br><br>                Plaintiff,<br>   v.<br><br>DEBRA TONHOFER, et al.,<br><br>                Defendants. | CASE NO. 3:19-CV-6229-BHS-DWC<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, Dkt. 6, and Plaintiff's objections to the R&R, Dkt. 7. Because Plaintiff had twice failed to remedy defects in his motion to proceed *in forma pauperis* ("IFP motion") or to pay the filing fee, the R&R recommended dismissal for failure to prosecute. Dkt. 6 at 2. After the R&R was filed, Plaintiff filed his objections, which also included a copy of his prison trust account statement. Dkt. 7 at 8. Plaintiff has thus remedied the defect in his IFP motion.

ORDER - 1

Therefore, the Court **DECLINES** to adopt the R&R, Dkt. 6, and **RE-REFERS** this matter to Magistrate Judge Christel for further proceedings.

Dated this 14th day of April, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge